UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

IN THE MATTER OF
5621 VAN ZANDT STREET　　　　　　　　　　CIVIL ACTION NO. 20-CV-338-
HOUSTON, TEXAS 77016

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

**NATURE OF THE ACTION**

This is a civil action in rem brought to forfeit and condemn to the United States 5621 Van Zandt Street, Houston, Texas 77016 (the "defendant property"), representing property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of subchapter I of Chapter 13 of Title 21, and therefore, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

**JURISDICTION AND VENUE**

The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881(a)(7).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in

rem pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

The defendant property consists of the property located at 5621 Van Zandt Street, Houston, Texas 77016 (the "defendant property"), with all appurtenances, improvements, and attachments thereon, and is more fully described below:

> That certain lot of parcel of Lot Eleven (11), Block One (1), Timber Acres Section 1, Harris County, Texas

The record owners of the property are Martrell Harris and Wanda Harris.

## FACTS

### The Sale of the Defendant Property

1. On March 1, 2016, a Warranty Deed was filed into the records of Harris County, Texas, regarding the sale of the defendant property from the seller, Carl W. Carter, Sr., to the purchaser, Joseph Walker, for ten dollars and other valuable consideration. According to the Harris County Assessor records, defendant property had an appraised value of $58,461 in 2016.

2. On December 2, 2016, a Warranty Deed was filed into the records of Harris County, Texas, regarding the sale of the defendant property from the seller, Joseph Walker, to the purchasers, Joseph Walker and Martrell Harris, for ten dollars and other valuable consideration. According to the Harris County Assessor records, defendant property had an appraised value of $58,461 in 2016.

3. On April 10, 2018, a Warranty Deed was filed into the records of Harris County, Texas, regarding the sale of the defendant property from the sellers, Joseph Walker and Martrell

Harris, to the purchasers, Wanda Harris and Martrell Harris, for ten dollars and other valuable consideration. According to the Harris County Assessor records, defendant property had an appraised value of $80,100 in 2018. The appraised value of the property in 2020 is $94,835.

## **Defendant Property used as facilitating property**

4. Person A has worked for Martrell Harris since approximately 2007. Person A has completed numerous odd jobs for Harris including washing his cars and working on some of his rental properties. One of his/her jobs was to unlock the door to the house at the defendant property when people arrived and to ensure that the door was locked once they entered. Harris usually paid him/her in cash or illegal narcotics, usually crack cocaine. Harris instructed other people to give Person A the illegal narcotics.

5. In 2017, Martrell Harris used a warehouse in Baton Rouge to conduct much of his drug activity. At this previous location in Baton Rouge, Harris would cook crack cocaine with other individuals. However, a search warrant was conducted by the Baton Rouge Police Department in approximately June 2018 and, thereafter, Harris moved much of his operations to Houston. Harris utilized the defendant property in Houston for much of his drug operations beginning in approximately the summer of 2018. Person A lived in the defendant property after receiving permission from Harris to move to Houston. Harris charged him/her rent to stay in the defendant property.

6. Shortly after moving to the defendant property in the summer of 2018, Person A observed several unknown individuals arrive at the property. Person A did not know them but suspected that they were at the house for a drug transaction. While these unknown persons were at the defendant property, Harris cooked crack cocaine and then asked Person A to sample it to determine its purity. Person A tested it for Harris as he/she had done on previous occasions.

Person A also observed a gallon-sized bag that was approximately half-full of crack cocaine positioned on a table in the house on defendant property while he/she was testing the illegal narcotics for Harris.

7. Person A was not the only person to have sampled illegal narcotics at the defendant property. Other individuals have also sampled narcotics there including heroin.

### Information provided by Wanda Harris

8. Wanda Harris was interviewed by agents from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") in May 2020. She recalled signing documents for the purchase of property near Clinton, Louisiana, but she did not negotiate the details of the transaction and did not provide any money or any other consideration for the purchase of the property. When advised that other properties were in her name, she claimed to not anything about this.

### Martrell Harris' Suspected Narcotics Activities

9. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has been conducting an investigation of Martrell Antonio Harris ("Harris") for several years. Harris is believed to be the head of a violent drug trafficking organization that originated in Baton Rouge, Louisiana. It is believed that Harris has been involved in drug trafficking for several years, dating back to the mid-1990s. Harris has amassed several million dollars in assets and is believed to have directed several violent acts in order to maintain his status in the organization. Harris has been the subject of numerous federal and state investigations. Carroll Landry, the ATF special agent assigned to this case, has contacted numerous witnesses who have confirmed that Harris has sold and is currently selling illegal narcotics in the Baton Rouge area.

10. Throughout the course of this investigation, ATF agents and officers have spoken with several different cooperating witnesses concerning Harris' involvement in narcotics trafficking for several years.

11. Cooperator A advised that he/she was hired by Harris to cook cocaine base into crack cocaine. This cooperator cooked crack cocaine for Harris for several months in the early 2000s. This cooperator advised that Harris would bring him/her one or more kilograms of cocaine and they would cook crack cocaine in furtherance of Harris's distribution efforts.

12. Cooperator B advised that he/she was taught by Harris how to "cut" heroin. Cooperator B also purchased narcotics from a third party whom Cooperator B personally saw go to a property owned by Harris to retrieve the narcotics. Cooperator B would meet the third party to purchase cocaine numerous times between the late 2000s and 2013.

13. Cooperator C advised that Harris provided him/her with narcotics and money on multiple occasions between 2010 and 2015. Cooperator C added that he/she usually received heroin from Harris.

14. Cooperator D sampled and tested illegal narcotics at a residence in Houston, Texas, for Harris on several occasions in 2018, with Harris present. Cooperator D also tested heroin for Harris in Baton Rouge between 2015 and 2017, both times with Harris present.

15. Cooperator he/her advised that he has known Martrell Harris since the mid-1990s. This cooperator advised that Harris was his/her boss and leader of his own drug trafficking organization. This cooperator has been paid in illegal narcotics for work for Harris. This cooperator advised that not many people could buy drugs directly from Harris. Only the subjects who were at the top of the organization could get narcotics directly from Harris. This cooperator observed Harris and his associates cook crack cocaine on many occasions.

16. Cooperator F purchased large quantities of cocaine on several occasions from Harris between approximately 2007 and 2012.

## **LAW**

21 U.S.C. § 881(a)(7) provides that the following shall be subject to forfeiture to the United States:

> "All real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of this subchapter punishable by more than one year's imprisonment."

## **BASIS FOR FORFEITURE**

The defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it represents property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of subchapter I of Chapter 13 of Title 21.

Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 881(a)(7).

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.casey@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

IN THE MATTER OF
5621 VAN ZANDT STREET
HOUSTON, TEXAS 77016

CIVIL ACTION NO. 20-CV-

## VERIFICATION

I, Carroll J. Landry, hereby verify and declare under penalty of perjury that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of June, 2020.

CARROLL J. LANDRY
Bureau of Alcohol, Tobacco, Firearms, and Explosives

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  20-CV-338- |
| 5621 Van Zandt Street, Houston, Texas 77016 | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  5621 Van Zandt Street, Houston, Texas 77016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. BRAD CASEY
ASSISTANT UNITED STATES ATTORNEY
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-338-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
5621 Van Zandt Street, Houston, Texas 77016

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brad Casey, AUSA
777 Florida Street, Suite 208
Baton Rouge, LA 70801 Tel: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | |
| | | | | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21 United States Codes Section 801 et seq.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE: 06/04/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/: J. Brady Casey

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE